1  ANN M. ASIANO (SBN 094891)
   MATTHEW T. BRAND (SBN 295377)
2  BRADLEY, CURLEY, ASIANO,
   BARRABEE, KOWALSKI, MARCHI & KING P.C.
3  1100 Larkspur Landing Circle, Suite 200
   Larkspur, CA 94939
4  Telephone: (415) 464-8888
   Facsimile:  (415) 464-8887
5  E-Mail:  aasiano@professionals-law.com

6  Attorneys for Specially Appearing Defendants
   CITY OF ALBANY, MIKE MCQUISTON
7  And DANIEL ADAMS

8                        UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER VONHOFEN,                          ) | 3:16-cv-00075-MEJ |
|                                          ) | |
|            Plaintiff,                    ) | [PROPOSED] ORDER GRANTING REQUEST FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES |
|                                          ) | |
|     v.                                   ) | |
|                                          ) | |
| CITY OF ALBANY; CITY OF WALNUT           ) | _____ |
| CREEK; PETER O'CONNER; AMY               ) | |
| BALLOCK; MIKE MCQUISTON;                 ) | Action Removed to Federal Court January 6, 2016 |
| DANIEL ADAMS; and DOES 1 through         ) | |
| 100, inclusive,                          ) | Trial Date:  Not Scheduled |
|                                          ) | |
|            Defendants.                   ) | |
| _____   ) | |

([PROPOSED] is shown struck through in the original.)

        THE COURT FINDING GOOD CAUSE, IT IS HEREBY ORDERED that the Initial Case

Management Conference in the above-captioned matter, presently scheduled for April 7, 2016, and all

other corresponding dates and deadlines, are continued as follows:

///

///

///

///

///

---

## CASE SCHEDULE – ADR MULTI-OPTION PROGRAM

| Date: May 19, 2016 | **Last day to:**<br><br>- meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan;<br>- file ADR Certification signed by Parties and Counsel;<br>- file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference. |
|---|---|
| Date: June 2, 2016 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re: Contents of Joint Case Management Statement. |
| Date: June 9, 2016 @ 10:00 a.m. | **INITIAL CASE MANAGEMENT CONFERENCE (CMC)** at 10:00 a.m. in:<br><br>Courtroom B, 15th Floor<br>Phillip Burton Federal Building<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |

DATED: ____March 8, 2016____

_____
HONORABLE MARIA-ELENA JAMES
MAGISTRATE JUDGE OF THE
UNITED STATES DISTRICT COURT

**Error! Main Document Only.**

[PROPOSED] ORDER GRANTING CONSTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;
UNITED STATES DISTRICT COURT CASE NUMBER (16-cv-00075-MEJ)