1  Richard A. Madsen, Jr.  (SBN 146174)
   MADSEN LAW FIRM
2  551 Hartz Avenue, Suite B
   Danville, California  94526
3  Telephone:   (925) 837-0900
   Facsimile:   (925) 837-0905
4  Email:       Rick@MadsenLawFirm.com

5  Attorney for Plaintiff,
   Amber VonHofen
6

7

8              UNITED STATES DISTRICT COURT

9           IN THE NORTHERN DISTRICT OF CALIFORNIA

10

11  Amber VonHofen,                    Case No.:   16-cv-00075-MEJ

12                                     ~~(PROPOSED)~~ ORDER GRANTING
                                       REQUEST FOR CONTINUANCE
13          Plaintiff,                 OF CMC CONFERENCE
                                       AND RELATED DEADLINES
14  vs.

15  City of Albany; City of Walnut Creek;
    Peter O'Conner; Amy Ballock;
16  Mike McQuiston; Daniel Adams; and
    DOES 1 through 100. inclusive,
17

18          Defendants.
                                            /
19

20
            Good cause appearing, it is hereby ordered that the Case Management
21
    Conference in the above-entitled action be continued to
22
                           at 10:00 am
    ___January 19,_____, 2017, and that all other related dates and deadlines
23
    shall be continued accordingly as indicated herein:
24

25
    ///
26
    ///
27
    ///
28

(Proposed) Order Granting Request for Continuance of Case Management Conference and Related Deadlines - 1
                          CASE NO. 16-cv-00075-MEJ

| | CASE SCHEDULE |
|---|---|
| Date: ____December 29_____, 20_16_ | **Last day to:**<br>- Meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan;<br>- File ADR Certification signed by Parties and Counsel;<br>- File either Stipulation to ADR Process or Notice of Need for ADR Phone Conference |
| Date: ____January 12_____, 20_17_ | **Last day to:**<br>File Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re: Contents of Joint Case Management Statement |
| Date: ____January 19_____, 20_17_ | **Initial Case Management Conference (CMC)**: at 10:00 a.m. in:<br>Courtroom B, 15th Floor<br>Phillip Burton Federal Building<br>450 Golden Gate Avenue<br>San Francisco, CA  94102 |

**IT IS SO ORDERED.**

Dated: ____August 25, 2016_____, 2016       _____
                                                                                  Honorable Maria-Elena James
                                                                                  Magistrate Judge
                                                                                  United States District Court