UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER VONHOFEN,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF ALBANY, et al.,<br><br>    Defendants. | Case No. 16-cv-00075-MEJ<br><br>**ORDER TO SHOW CAUSE;<br>ORDER VACATING INITIAL CASE<br>MANAGEMENT CONFERENCE** |

Plaintiff Amber VanHofen ("Plaintiff") filed this action in state court on September 28, 2015; Defendants removed the action to this Court on January 6, 2016. *See* Not. of Removal, Dkt. No. 1. The parties requested the initial case management conferences scheduled in the action be continued several times. *See* Defs.' Request, Dkt. No. 6; Pl.'s Request, Dkt. No. 9; Stip., Dkt. No. 11. The Court's Order granting the latest request scheduled the initial case management conference for January 19, 2017, and ordered the parties to file a joint case management conference statement no later than January 12, 2017. *See* Order, Dkt. No. 12. As of the date of this order, the parties have not filed a joint case management conference statement, nor has Plaintiff requested a continuance.

Accordingly, the Court VACATES the Case Management Conference scheduled for January 19, 2017, and hereby ORDERS Plaintiff to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by January 31, 2017. Notice is hereby provided that failure to file a written response will be deemed an admission that Plaintiff does not intend to prosecute, and the

case will be dismissed without prejudice.  Thus, it is imperative that the Court receive a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: January 17, 2017

_____
MARIA-ELENA JAMES
United States Magistrate Judge